IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTOR BOCCHECIAMP-
OLIVO,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                         CASE NO. 1D17-0309

SEMINOLE COUNTY PUBLIC
SCHOOLS and FLORIDA
SCHOOL BOARD INSURANCE
TRUST,

Appellees.

_____/

Opinion filed October 17, 2017.

An appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident:  April 14, 2015.

Nicholas A. Shannin of Shannin Law Firm, P.A., Orlando, for Appellant.

Michael Peterson of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for
Appellees.

PER CURIAM.

        AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., CONCUR.